UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Byron Hickman

                        Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~XXXX-XX-XXX-XXX~~

**21MAG4893**

Defendant **Byron Hickman** _____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

**X**     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**     Bail/Detention Hearing

___     Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Byron Hickman**
Print Defendant's Name

_/s/ Jonathan Marvinny_
Defendant's Counsel's Signature

**Jonathan Marvinny**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-6-2021
Date

_/s/ Katherine H. Parker_
U.S. District Judge/U.S. Magistrate Judge